UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Computer servers at Yahoo!, Inc.,
an email provider,
headquartered at 701 First Avenue,
Sunnyvale, CA 94089

1:10-mj-76
UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an Order precluding Yahoo!, Inc. ("Yahoo") from notifying any person of the existence of the Search Warrant pertaining the e-mail account **kapkaun2010@yahoo.com**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

September 24, 2010

_____
Landya B. McCafferty
United States magistrate Judge